IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

    Plaintiff,                    No. CIV S-10-2307 GGH P

    vs.

VIRGA,

    Defendants.          <u>ORDER</u>

_____/

        By order filed September 17, 2010, this action was construed as a civil rights action, the petition was dismissed, and plaintiff was granted twenty-eight days to file a civil rights complaint. The twenty-eight day period has now expired, and plaintiff has not filed a civil rights complaint or otherwise responded to the court's order. This action is before the undersigned pursuant to plaintiff's consent. Doc. 4.

        Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 7, 2010

                                    /s/ Gregory G. Hollows
                                    _____
                                    U.S. MAGISTRATE JUDGE

nguo2307.ff

1